■ SAMUEL WALTON, Doing Business as GREENWAY PLAZA OFFICE PARK, et al., Appellants, v JOHN GOZO, JR., et al., Respondents.—Appeal by the plaintiffs from a judgment of the Supreme Court, Suffolk County, dated December 18, 1985.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Justice Cannavo at Trial Term. Rubin, J. P., Kunzeman, Spatt and Harwood, JJ., concur.